## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2349         Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other
      *(Type of Writ)*                     _____
                                           _____
                                           *(Type of issuance)*

 1  Original and  0  copies on  4/25/08  as to  defendant
                                *(Date)*