## United States District Court for the Northern District of Illinois

Case Number: 08CV2349         Assigned/Issued By: DAJ

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _05/19/08_ as to _LOCOMOTIVE_
                                    (Date)
ENGINEERS AND CONDUCTORS MUTUAL PROTECTION ASSOCIATION.

---

C:\wpwin80\docket\feeinfo.frm    03/14/05