AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

KENNETH SINGLETON, Plaintiff,

CASE NUMBER: 08 C 2349

V.

ASSIGNED JUDGE: Judge Andersen

LOCOMOTIVE ENGINEERS and
CONDUCTORS MUTUAL PROTECTIVE
ASSOCIATION, Defendant

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Keys

TO: (Name and address of Defendant)

Locomotive Engineers and Conductors Mutual Protective Association
4000 Town Center, Suite 1250
Southfield, MI 48075

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF JOHN BISHOP, PC
77 W. Washington St., Suite 1910
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

May 19, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 6-13-08 |
| NAME OF SERVER Shawn Stankewich | TITLE OCSD Deputy |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served corporation Locomotive Engineers & Conductors Mutual Protection Association by serving Laura Szunlanski @ 4000 Town Center Southfield MI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 18 | 20 | 38 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-13-08
           Date            Signature of Server

           1200 N Telegraph Pontiac
           Address of Server

MAUREEN V. HOWALD
NOTARY PUBLIC-STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires AUG. 3, 2011
Acting in the County of Oakland

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.