# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kenneth T Singleton

                                        Plaintiff,

v.                                               Case No.: 1:08−cv−02349
                                                 Honorable Wayne R.
                                                 Andersen

Locomotive Engineers and Conductors Mutual
Protection Association

                                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related
to: discovery supervision.(tsa, )Mailed notice.


Dated: July 15, 2008

                                                 /s/ Wayne R. Andersen

                                                 United States District Judge