**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:   1:08-cv-02349

Kenneth T. Singleton v.

Locomotive Engineers and Conductors Mutual Protection Association

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Locomotive Engineers and Conductors Mutual Protection Association, Defendant

| | |
|---|---|
| NAME (Type or print)<br>Janet R. Davis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/Janet R. Davis | |
| FIRM<br>MECKLER BULGER & TILSON LLP | |
| STREET ADDRESS<br>123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03127025 | TELEPHONE NUMBER<br>312-474-7947 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>RETAINED COUNSEL                         APPOINTED COUNSEL | |