Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2349 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Singleton vs. Locomotive | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 9/10/08 at 9:00 a.m.  The Parties appeared and informed the Court that they are attempting to bring this case to a resolution. *AK*

Docketing to mail notices.

00:01 lnfoc

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG -6 PM 5:06
FILED-EDK