

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   Samuel B. Rainey

FIRM:   Meckler Bulger Tilson Marick & Pearson LLP   (Firm Name Change)

STREET ADDRESS:   123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP:   Chicago, IL  60606

PHONE NUMBER:   (312) 474-7900

E-MAIL ADDRESS:   sam.rainey@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6278292

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cv-2349 | Singleton v. Locomotive Engineers | Anderson |
| | | |
| | | |
| | | |
| | | |
| | | |

s/   Samuel B. Rainey                                    August 12, 2008
_____                      _____
Attorney's Signature                                              Date